# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GARY SWYCK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-489 |
| | § | |
| LORIE DAVIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has before it the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 8), recommending that the Court dismiss certain claim and retain the above-captioned case, Defendant's Motion for Summary Judgment (Dkt. No. 42), Plaintiff's Dispositive Motion (Dkt. No. 46), the Magistrate Judge's M&R recommending that the Court grant Defendant's motion (Dkt. No. 47), and Plaintiff's objections to that M&R (Dkt. No. 51).

After independently reviewing the record and applicable law, the Court **ADOPTS** the Magistrate Judge's M&Rs (Dkt. Nos. 8, 47). Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 42), **DENIES** Plaintiff's Dispositive Motion (Dkt. No. 46), and **DISMISSES WITH PREJUDICE** the above-captioned case. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

SIGNED this 31st day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge